IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN HINES,  )<br> )<br>         Petitioner,  )<br> )<br>v.  )<br> )<br>WARDEN, FTC Oklahoma City,  )<br> )<br>         Respondent.  )  | Case No. CIV-25-866-PRW |

## ORDER

On August 21, 2025, U.S. Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Dkt. 11) in this action, in which he recommends that the Court transfer this case to the U.S. District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1406(a) because such transfer would better serve the interests of justice.

The Magistrate Judge advised Petitioner of his right to object to the Report and Recommendation by September 4, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. To date, Petitioner has filed no objections. He has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

Having reviewed the matter de novo,[2] the Court agrees with the Magistrate Judge that Petitioner's action should be transferred to the U.S. District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a). As the basis for this conclusion, the Court adopts the analysis contained in the Report and Recommendation (Dkt. 11).

Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 11) in full and **TRANSFERS** this case to the Northern District of Texas.

**IT IS SO ORDERED** this 15th day of September 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).